# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| E*TRADE BANK, | CASE NO. 12cv2852 DMS (KSC) |
|---|---|
| Plaintiff, | **ORDER REMANDING CASE TO STATE COURT** |
| vs. | |
| CARLEEN M. KELLER, and Does 1 through 5, inclusive, | |
| Defendants. | |

On November 29, 2012, Susan Garcia, proceeding *pro se*, filed a Notice of Removal of this case from San Diego Superior Court, asserting the existence of federal question jurisdiction. Ms. Garcia, however, is not a party to the underlying case. Accordingly, she has no right to remove this case. *See* 28 U.S.C. § 1441(a) (stating defendants have right of removal). Absent removal by a party to the case, the Court remands this case to state court. The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

DATED: April 26, 2013

_____
HON. DANA M. SABRAW
United States District Judge